**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

    Felisha Burns

ORDER RE: MOTION OF STANDING TRUSTEE
FOR CONVERSION OR DISMISSAL OF CASE

    Debtor

BKY 15-43939 MER

At Minneapolis, Minnesota, this 3rd day of October, 2019.

    This chapter 13 case came before the Court for hearing on the Standing Trustee's Motion for Dismissal or Conversion. Upon the record made at the hearing, if any, and upon the proposal of Debtor(s) for a structured cure of outstanding arrearages in payment to the chapter 13 estate,

    IT IS HEREBY ORDERED:

    1. In cure of current defaults in payment to the Chapter 13 estate, the Debtor(s) shall make the following payment(s) to the Standing Trustee:

    a. The Debtor(s) shall resume regular monthly payments to the Trustee, with that due in September 2019 for $555.00.

    b. *In addition*, the Debtor(s) shall pay the Trustee the sum of $185 extra per month beginning October 2019 through March 2020, by the date on which the regular monthly payment is due.

    2. If the Debtor(s) fail(s) to make any cure payment required under Term 1 of this order, or if the Debtor(s) default(s) in any future regular payment obligation to the Chapter 13 estate, the Trustee shall file an affidavit attesting to the event(s) of default, together with a proposed order of dismissal, which refers to this order and the event(s) of default. Upon the filing of the affidavit, the Court will enter the proposed order, without further notice or hearing.

BY THE COURT:

October 3, 2019

*/e/ Michael E. Ridgway*
Michael E Ridgway
CHIEF UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/03/2019*
Lori Vosejpka, Clerk, by CN